UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 17-cv-24345-WILLIAMS

ALINA SCHUH,

    Plaintiff,

vs.

AMERICAN EXPRESS BANK, FSB,
et al.,

    Defendants.

_____/

## ORDER

**THIS MATTER** is before the Court on two Reports & Recommendations from Magistrate Judge Torres: (DE 78) Judge Torres's Report recommending that the Court grant American Express's motion to dismiss; and (DE 79) Judge Torres's Report recommending that the Court grant the motion to dismiss filed by the credit reporting agency Defendants. In both Reports, Judge Torres recommends dismissal *without prejudice*. Plaintiff filed objections to the Reports (DE 86), and the Defendants filed responses to the objections (DE 90; DE 93).

Based on an independent review of the Reports, underlying briefing, applicable case law, and record, the Court agrees with Judge Torres that the motions to dismiss should be granted with leave for Plaintiff to file a final amended complaint. Accordingly, for the reasons set forth in Judge Torres's Reports, the Court **ORDERS AND ADJUDGES** as follows:

    1.    Judge Torres's Reports (DE 78; DE 79) are **ADOPTED AND AFFIRMED.**

    2.    Defendants' motions to dismiss (DE 53; DE 54) are **GRANTED.**

3.      Plaintiff's amended complaint (DE 37) is **DISMISSED WITHOUT PREJUDICE**.

4.      Plaintiff is instructed to file a second amended complaint, consistent with Judge Torres's Reports, within ten (10) days of the date of this Order.

5.      Defendants shall file a response to the second amended complaint within seven (7) days of the date it is filed.

6.      The Court will separately enter an amended Scheduling Order governing the remaining deadlines in this case.

**DONE AND ORDERED** in chambers in Miami, Florida, this 31st day of May, 2018.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE